FILED
 2014 Feb-03  PM 04:34
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA MOSS DUDLEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:13-cv-00127-SLB |
| ) | |
| CITY OF BIRMINGHAM, et al., ) | |
| ) | |
| Defendants ) | |

# **MEMORANDUM OPINION**

On January 10, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge that the motion to dismiss filed by defendant be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 3rd day of February, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE